1  Kelly H. Dove, Esq.
   Nevada Bar No. 10569
2  Jennifer L. McBee, Esq.
   Nevada Bar No. 9110
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: kdove@swlaw.com
6         jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ERWIN, Individually and as Trustee of the JJJ Living Trust Dated June 13, 2008,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SPECIALIZED LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR5,<br><br>Defendants. | Case No.  2:23-cv-00319-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

THIS STIPULATION is entered into by and between Plaintiff Gerald Erwin, individually and as trustee of the JJJ Living Trustee Dated June 13, 2008 ("Plaintiff"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), Defendant Specialized Loan Servicing, LLC ("SLS"), and Defendant U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates Series 2007-AR5 ("U.S. Bank", together with Wells Fargo and SLS, the "Defendants"), by and through their respective undersigned counsel, based on the following:

///

4854-4698-1978

1  WHEREAS, on March 1, 2023, Plaintiff filed his Complaint [ECF No. 1];

2  WHEREAS, Wells Fargo's deadline to respond to the Complaint is March 30, 2023, based

3  on the service date of March 9, 2023;

4  WHEREAS, SLS's deadline to respond to the Complaint is April 4, 2023, based on the

5  service date of March 14, 2023;

6  WHEREAS, U.S. Bank's deadline to respond to the Complaint is April 5, 2023, based on

7  the service date of March 15, 2023;

8  WHEREAS, the Parties agreed to an extension for Defendants to respond to the Complaint

9  until May 4, 2023 to allow the Parties to explore early resolution options.

10  NOW, THEREFORE, subject to Court approval, the Parties agree that Defendants shall

11  have until **May 4, 2023** to respond to Plaintiff's Complaint.

12  **IT IS SO STIPULATED.**

13  DATED this 29th day of March 2023.        DATED this 29th day of March 2023.

15  SNELL & WILMER L.L.P.        BLACK & WADHAMS

16  */s/ Jennifer L. McBee*        */s/ Allison R. Schmidt*
Kelly H. Dove (NV Bar No. 10569)        Allison R. Schmidt (NV Bar No. 10743)
Jennifer L. McBee (NV Bar No. 9110)        10777 West Twain Avenue, Suite 300
17  3883 Howard Hughes Parkway, Suite 1100        Las Vegas, NV 89135
Las Vegas, NV 89169        Telephone: (702) 869-8801
18  Telephone: (702) 784-5200        *Counsel for Plaintiff*
*Counsel for Wells Fargo Bank, N.A.*

20  DATED this 29th day of March 2023.

22  SPENCER FANE LLP

23  */s/ Vincent J. Aiello*
Vincent J. Aiello (NV Bar No. 7970)
300 South Fourth St.
24  Las Vegas, NV 89101
Telephone: (702) 408-3400
25  *Counsel for Specialized Loan Servicing, LLC
and U.S. Bank National Association, as Trustee
26  for Citigroup Mortgage Loan Trust, Inc,
Mortgage Pass-Through Certificates Series
27  2007-AR5*

28  ///

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# **ORDER**

The Court having considered the foregoing joint motion by the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendants shall have until May 4, 2023 to answer or otherwise respond to Plaintiff's Complaint.

DATED March 30, 2023

_____
United States Magistrate Judge

4854-4698-1978