Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ERWIN, Individually and as Trustee of the JJJ Living Trust Dated June 13, 2008,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SPECIALIZED LOAN SERVICING, LLC, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR5,<br><br>Defendants. | Case No. 2:23-cv-00319-ART-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

THIS STIPULATION is entered into by and between Plaintiff Gerald Erwin, individually and as trustee of the JJJ Living Trustee Dated June 13, 2008 ("Plaintiff"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), Defendant Specialized Loan Servicing, LLC ("SLS"), and Defendant U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates Series 2007-AR5 ("U.S. Bank", together with Wells Fargo and SLS,

WHEREAS, on March 1, 2023, Plaintiff filed his Complaint [ECF No. 1];

WHEREAS, Wells Fargo's deadline to respond to the Complaint is March 30, 2023, based on the service date of March 9, 2023;

4870-3492-1568

1  WHEREAS, SLS's deadline to respond to the Complaint is April 4, 2023, based on the service date of March 14, 2023;

3  WHEREAS, U.S. Bank's deadline to respond to the Complaint is April 5, 2023, based on the service date of March 15, 2023;

5  WHEREAS, on March 30, 2023, the Parties filed a stipulation to extend the deadline for Defendants to respond to the Complaint until May 4, 2023 to allow the Parties to explore early resolution options.  [ECF No. 7.]

8  WHEREAS, on March 30, 2023, the Court entered an order approving the stipulation. [ECF No. 8.]

10  WHEREAS, the Parties continue to discuss and evaluate settlement options.  To allow settlement discussions to continue, the Parties hereby stipulate and agree to an additional extension for Defendants to respond to the Complaint until June 9, 2023.

13  NOW, THEREFORE, subject to Court approval, the Parties agree that Defendants shall have until **June 9, 2023** to respond to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 1st day of May 2023.

SNELL & WILMER L.L.P.

*/s/ Jennifer L. McBee*
Kelly H. Dove (NV Bar No. 10569)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Counsel for Wells Fargo Bank, N.A.*

DATED this 1st day of May 2023.

BLACK & WADHAMS

*/s/ Allison R. Schmidt*
Allison R. Schmidt (NV Bar No. 10743)
10777 West Twain Avenue, Suite 300
Las Vegas, NV 89135
*Counsel for Plaintiff*

DATED this 1st day of May 2023.

SPENCER FANE LLP

*/s/ Vincent J. Aiello*
Vincent J. Aiello (NV Bar No. 7970)
300 South Fourth St.
Las Vegas, NV 89101
*Counsel for Specialized Loan Servicing, LLC and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc, Mortgage Pass-Through Certificates Series 2007-AR5*

## ORDER

The Court having considered the foregoing stipulation of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Defendants shall have until June 9, 2023 to answer or otherwise respond to Plaintiff's Complaint. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

DATED May 2, 2023

_____
United States Magistrate Judge

4870-3492-1568