Allison R. Schmidt
Nevada Bar No. 10743
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
E-mail: aschmidt@blackwadhams.law
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ERWIN, individually and as trustee of the JJJ Living Trust Dated June 13, 2008<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, SPECIALIZED LOAN SERVICING, LLC; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR5; and Does I-X, inclusive,<br><br>Defendants | Case No.:  2:23-cv-00319-ART-NJK<br><br>**MOTION TO SUBSTITUTE PARTY** |

GERALD ERWIN, individually and as trustee of the JJJ Living Trust Dated June 13, 2008, by and though Allison R. Schmidt, Esq., of Black & Wadhams hereby moves to substitute JUSTIN ERWIN in place of and in stead of GERALD ERWIN, who passed away on July 7, 2023, pursuant to FRCP 25.

**POINTS AND AUTHORITIES**

Plaintiff GERALD ERWIN died on July 7, 2023. Prior to his death, GERALD ERWIN was the trustee of the JJJ Living Trust, Dated June 13, 2008, and brought claims, both individually and in his capacity as trustee.

The parties resolved this matter through settlement just prior to GERALD ERWIN's death, and anticipate proceeding with the settlement following Mr. Erwin's demise.

JUSTIN ERWIN is the son of GERALD ERWIN, and is identified in GERALD ERWIN's will as the executor of GERALD ERWIN's estate. Similarly, Justin Erwin is the successor trustee under the JJJ Living Trust Dated June 13, 2008. *See* **Exhibit B**. A Petition for Issuance of Letters Testamentary on a Request for Order Shortening Time has been filed with the Clark County Probate Court. *See* **Exhibit A**.

As it is necessary to substitute the parties, both under Rule 25 and in order to consummate settlement in this matter, Plaintiff respectfully requests the substation of Justin Erwin as Plaintiff, both in his capacity of nominated executor of his father GERALD ERWIN's estate, and in his capacity as successor trustee of the JJJ Living Trust.

Counsel for Wells Fargo, Jennifer McBee, Esq. has indicated that Wells Fargo does not oppose the relief requested by this motion.

## CONCLUSION

Based on the foregoing, Plaintiff requests that Justin Erwin be substituted as Plaintiff in this matter, pursuant to FRCP 25.

DATED this 29th day of September, 2023.

                                        BLACK & WADHAMS

                                        *s/ Allison R. Schmidt*
                                        Allison R. Schmidt (NV Bar No. 10743)
                                        10777 West Twain Avenue, Suite 300
                                        Las Vegas, NV 89135
                                        Telephone: (702) 869-8801
                                        *Counsel for Plaintiff*

IT IS SO ORDERED.
Dated:  October 2, 2023

_____
Nancy J. Koppe
United States Magistrate Judge