Allison R. Schmidt
Nevada Bar No. 10743
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
E-mail: aschmidt@blackwadhams.law
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD ERWIN, individually and as trustee of the JJJ Living Trust Dated June 13, 2008<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NA, SPECIALIZED LOAN SERVICING, LLC; US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR5; and Does I-X, inclusive,<br><br>Defendants | Case No.:  2:23-cv-00319-ART-NJK<br><br>**ORDER APPROVING STIPULATION AND ORDER TO DISMISS PURSUANT TO FRCP 41(a)** |

The Parties, by and through their respective counsels of record, having reached a settlement of the above-captioned matter do hereby stipulate and agree, pursuant to FRCP 41(a), as follows:

1. IT IS HEREBY STIPULATED that all claims asserted in this matter shall be dismissed with prejudice; and

. . .

. . .

. . .

Page 1 of 3

2.  Each party shall bear its own fees and costs.

DATED this 28th day of December, 2023.

SNELL & WILMER L.L.P.

/s/ Jennifer B. Lustig
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Counsel for Wells Fargo Bank, N.A.*

BLACK & WADHAMS

/s/ Allison R. Schmidt
Allison R. Schmidt (NV Bar No. 10743)
10777 West Twain Avenue, Suite 300
Las Vegas, NV 89135
Telephone: (702) 869-8801
*Counsel for Plaintiff*

SPENCER FANE LLP

/s/ Mary E. Bacon
Mary E. Bacon, Esq.
Nevada Bar No. 12686
300 S Fourth St., Suite 950,
Las Vegas, NV 89101
*Counsel for Specialized Loan Servicing, LLC and U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc, Mortgage Pass-Through Certificates Series 2007-AR5*

## ORDER

IT IS SO ORDERED.

DATED this 29th day of December, 2023.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE